OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



--- PRESORTED FIRST CLASS ---
OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R $ 00.26⁵
0006557458    FEB 11 20
MAILED FROM ZIP CODE 78701

**2/4/2015**
**Vara, Revat Rene**      Tr. Ct. No. 1061075-A            **WR-75,987-04**

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

CELESTE BLACKBURN
21 WATERWAY AVE., STE. 300
THE WOODLANDS, TX  77380          R E F



77380